**Order entered September 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00054-CV

### FATIMA DOLORES RODAS, Appellant

### V.

### LA MADELEINE OF TEXAS, INC., ET AL., Appellees

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-04672**

## ORDER

We **GRANT** appellees' August 20, 2014 motion for leave to file a sur-reply brief.

Appellees shall file their sur-reply brief by **September 10, 2014**. No further briefing in this case

will be permitted.

/s/    ADA BROWN
           JUSTICE